IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *Bench Walk Lighting LLC*<br>Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | CA: 20-cv-00047-UNA |
| *Lextar Electronics Corp.*<br>Defendant, | ) | |

## AFFIDAVIT

I, Alex Kurfuerst, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on January 17, 2020, by Registered Mail, the Summons, Civil Cover Sheet, 7.1 Disclosure Form, Complaint with Exhibits, Plaintiff's Report to the Commissioner of Patents and Trademarks, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

1) Chairman, President, Officer, Managing Agent, and/or General Agent
Lextar Electronics Corp.
N.O. 3, Gongye E. 3rd Road Hsinchu
Science Park, Hsinchu 30075, Taiwan

Alex Kurfuerst
Deputy Clerk

Sworn to and subscribed before me
this 17th day of January, 2020

Mei Yu Ruan
Deputy Clerk

## Registered Mail Receipt

**Registered No.** RF 339 ~~RH002012465~~ US

**Date Stamp:** JAN 17 2020, WILMINGTON 19801 USPS

Postage $: $24.50

**Extra Services & Fees**
- ☐ Registered Mail $16.00
- ☐ Return Receipt (hardcopy) $4.10
- ☐ Return Receipt (electronic) $0.00
- ☐ Restricted Delivery $0.00
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

**Total Postage & Fees:** $44.60

**Customer Must Declare Full Value:** $0.00

**Received by:** 01/17/2020

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE** — WILMINGTON DE 19801

**FROM:**
U.S. District Court
District of Delaware
844 N. King St.
Wilmington DE 19801

**TO:**
Lextar Electronics Corp
No. ~~B4~~ Gongye E. 3rd Rd.
Hsinchu Science Park
Hsinchu 30075, Taiwan

20-cv-47

20-47

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

Barcode: RH002012465US

# UNITED STATES POSTAL SERVICE®

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

### SENDER'S INFORMATION
| Full Last Name | Full First Name | MI |
| Business Name (if applicable) | | Sender's Telephone |
| Address-1 | | |
| Address-2 | | |
| City | State | ZIP Code |

### ADDRESSEE'S INFORMATION
| Full Last Name | Full First Name | MI |
| Business Name (if applicable) | | Addressee's Telephone |
| Address-1 | | |
| Address-2 | | Postal Code |
| City | State/Province | Country |

### SHIPMENT INFORMATION
1. **Category of Items** (Check all that apply)
   - ☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
   - ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other _____
2. **Detailed Description of Contents** (Enter only one item per line)
3. Quantity | 4. Net Weight (Ea) Lbs. Oz. | 5. Value (Ea) U.S. $
6. Total

### SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY
| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
| Total Postage/Fees (U.S. $) JAN 17 2020 19801 USPS | Insured Value (U.S. $) | Insured Fee (U.S. $) |
| 7. Sender's Email Address | | 8. Addressee's Email Address |
| 9. Exporter's Reference (If applicable and known) | | 10. Exporter's Telephone (If applicable and known) |
| 11. Importer's Reference (If applicable and known) | | 12. Importer's Telephone (If applicable and known) |
| 13. AES ITN (If applicable) | 14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36 ☐ § 30.37 (a) ☐ § 30.37 (h) ☐ § 30.37 (y) ☐ Other |
| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |
| 21. Restrictions (If applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection | 22. Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned |
| 23. Sender's Signature and Date | |

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)
| 24. HS Tariff Number | 25. Country of Origin |

PS Form 2976-R, April 2016 PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

January 17, 2020

**TO:**

Chairman, President. Officer, Managing Agent, and/or General Agent
Lextar Electronics Corp.
No. 3, Gongye E. 3rd Road, Hsinchu Science Park,
Hsinchu 30075, Taiwan.

RE: *Bench Walk Lighting LLC v. Lextar Electronics Corp*
Civil Action No. 1:20-cv-00047-UNA

Enclosed please find copies of the Complaint (with exhibits), Civil Coversheet, Notice of a Magistrate Judge's Availability form, Summons, and counsel's Affidavit and request to the Clerk of Court for assistance with this mailing, Report on the Filing of an Action Regarding a Patent or Trademark, and Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

This service is made by U.S. Registered Mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). Pursuant to Federal Rules of Civil Procedure 12(a)(ii) you have ninety (90) days in which to file an answer to the complaint, filed with this Court and served upon the plaintiff's attorney as noted on the complaint and summons.    Sincerely,

BY: _____
/APK

Enclosures (as stated)

JOHN A. CERINO
CLERK